cc: JMS
cc: KJM on 8/24

ORIGINAL

# CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 22 2018
at 3 o'clock and 00 min. P M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| NATASHA C. BEYER | ) | MISC. NO. MC18 00346 JMS/KJM |
| Movant | ) | |
| V. | ) | MOTION FOR ORDER PURSUANT |
| | ) | TO CUSTOMER CHALLENGE |
| Department of Defense | ) | PROVISIONS OF THE RIGHT TO |
| | ) | FINANCIAL PRIVACY ACT OF 1978 |
| Respondent | ) | |

I, Staff Sergeant Natasha C. Beyer, hereby move this Court pursuant to Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to SSgt Beyer's financial records. The agency seeking access is the Department of Defense.

My financial records are held by Navy Federal Credit Union.

In support of this motion, the Court is respectfully referred to the attached statement filed with this motion.

Respectfully submitted this 23 day of August 2018,

Natasha C. Beyer
Address: 91-1030 Makahani St., Kapolei, HI 96707
Phone: (757) 968-3288