cc JMS
cw KJM on 8/27
ORIGINAL

CUSTOMER'S SWORN STATEMENT ACCOMPANYING MOTION TO
CHALLENGE GOVERNMENT'S ACCESS
TO FINANCIAL RECORDS
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 22 2018
at 3 o'clock and 00 min. P M.
SUE BEITIA, CLERK

| | |
|---|---|
| NATASHA C. BEYER ) | MISC. NO. MC18 00346 JMS [KJM] |
| ) | |
| Movant ) | |
| ) | STATEMENT OF MOVANT |
| V. ) | |
| ) | |
| Department of Defense ) | FINANCIAL RIGHT TO PRIVACY |
| ) | ACT OF 1978 |
| ) | |
| Respondent ) | |

I, Staff Sergeant Natasha C. Beyer, am presently a customer of Navy Federal Credit Union, and am the customer whose records are being requested by the government.

The financial records sought by the Department of Defense should not be disclosed because the subpoenaed records have not been shown to be relevant to a legitimate law enforcement inquiry as required by the Right to Financial Privacy Act of 1978 (the RFPA).

The notice I received says that I'm under investigation for negligent child endangerment, contributing to my daughter's grievous bodily harm, and my son's

1

death. The subpoena attached demands my "information, documents, reports, answers, records, accounts, papers, and other data and documentary evidence pertaining to any and all Navy Federal Credit Union accounts." I do not see how my ATM withdrawals and grocery store purchases are relevant to the investigation and the government has not even tried to show how they are.

Respectfully submitted this 23 day of August 2018

I declare under penalty of perjury that the foregoing is correct and true,

Natasha C. Beyer

Attachment:
Notice and Subpoena served on SSgt Beyer on 13 August 2018 (9 pages)

### CERTIFICATE OF SERVICE

I have mailed a copy of this statement and accompanying motion to the Inspector General of the Department of Defense, c/o DOD IG Subpoena Program Office, 4800 Mark Center Drive, Suite 11H25, West Tower, Alexandria, VA 22350-1500 on 23 August 2018.

Natasha C Beyer