

**DEPARTMENT OF THE AIR FORCE**
AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS
AFOSI DETACHMENT 601
655 VICKERS AVENUE, BUILDING 1105
JOINT BASE PEARL HARBOR-HICKAM, HAWAII 96853

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 28 2018
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

# NOTICE TO CUSTOMER

SSgt Natasha C. Beyer
91-1030 Makahani Street
Kapolei, HI 96707

*exhibit to a motion to Quash*

*MC 18-346 JMS-KJM*

Dear SSgt Beyer:

Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the Office of the Inspector General, Department of Defense, in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. Section 3401-3422, for the following purpose(s):

> To refute or support allegations that during the approximate period of May 2017 to July 2017, your negligence and actions are suspected to have contributed to grievous bodily harm to your daughter, Avaline Noel Beyer and the suspected death of your son, Grayson Caleb Beyer, in violation of the United Code of Military Justice (UCMJ) Article 119, Manslaughter: Involuntary; UCMJ Article 128, UCMJ: Assault, Aggravated: Intentionally Inflicted Grievous Bodily Harm (Child Under 16); and UCMJ Article 134, Child Endangerment: Child Endangerment by Culpable Negligence Resulting in Grievous Bodily Harm.

If you desire that such records or information not be made available, you must:

> (1) Fill out the accompanying motion paper and sworn statement (as indicated by the instructions beneath each blank space) or write one of your own, stating that you are the customer whose records are being requested by the Government, and either giving the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

> (2) File the motion and sworn statement by mailing or delivering them to the Clerk of any one of the following United States District Courts:

> > Virginia Eastern District Court
> > Albert V. Bryan United States Courthouse, 2nd Floor
> > 401 Courthouse Square
> > Alexandria, VA 22314
> > (703) 299-2100

Hawaii District Court
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
(808) 541-1300

(It would simplify the proceeding if you would include with your motion and sworn statement a copy of the attached subpoena, as well as a copy of this notice.)

> (3) Serve the Government authority requesting the records by mailing (by registered or certified mail) or by delivering a copy of your motion and sworn statement to: **Inspector General of the Department of Defense, c/o DOD IG Subpoena Program Office, 4800 Mark Center Drive, Suite 11H25, West Tower, Alexandria, VA 22350-1500.**

> (4) Be prepared to come to court and present your position in further detail.

> (5) You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.

If you do not follow the above procedures, upon the expiration of ten days from the date of service or fourteen days from the date of mailing of this notice, the records or information requested therein may be made available. These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.

Sincerely,

SWOPE.TIFFANY.A K.1293434022
Digitally signed by SWOPE.TIFFANY.A K.1293434022
Date: 2018.08.10 16:52:32 -10'00'
TIFFANY SWOPE, SA, USAF
Commander
AFOSI Det 601, JBPHH, HI

Enclosures:

Subpoena Duces Tecum
Appendix A
Statement of Customer Rights under the
 Right to Financial Privacy Act of 1978
Instructions for Completing and Filing
 Motion and Sworn Statement
Motion Form
Sworn Statement Form
Certificate of Service

# United States of America
# Department of Defense
# Office of the Inspector General

## SUBPOENA DUCES TECUM

TO: <u>Custodian of Records, Navy Federal Credit Union, ATTN: Subpoena Processing, 820 Follin Lane, Vienna, Virginia 22180</u>

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE <u>Special Agent Roberto Flores-Rendon, or any Special Agent of the Air Force Office of Special Investigations (AFOSI)</u> acting on behalf of the Inspector General, pursuant to the Inspector General Act of 1978 (5 U.S.C. App. 3), at <u>AFOSI Detachment 601, 655 Vickers Avenue, Building 1105, Joint Base Pearl Harbor-Hickam, Hawaii 96853</u> no later than <u>10</u> o'clock <u>a.m.</u> after the <u>31st</u> day of receipt of the subpoena by the above named recipient.

You are hereby required to bring with you and produce at said time and place the following information, documents, reports, answers, records, accounts, papers, and other data and documentary evidence pertaining to <u>any and all Navy Federal Credit Union accounts, to include account number: 7007752731, held solely or jointly by Natasha C. Beyer, Social Security number: XXX-XX-6069, an active duty member of the United States Air Force, who is suspected of violating one or more punitive Articles of the Uniform Code of Military Justice, for the period January 1, 2016 through July 31, 2017, as specified in Appendix A,</u> which are necessary in the performance of the responsibility of the Inspector General under the Inspector General Act.

IN TESTIMONY WHEREOF, the signature of the duly authorized representative of the Inspector General of the Department of Defense is affixed at Alexandria, Virginia.

STONE.RANDOLPH.R.1259992415
Digitally signed by STONE.RANDOLPH.R.12599924 15
Date: 2018.08.09 07:45:32 -04'00'

Randolph R. Stone
Deputy Inspector General, Policy and Oversight

UNIQUE IDENTIFICATION NUMBER: 2018699-18360

# APPENDIX A

## I. DEFINITIONS

1. "Document" or "documents" mean any written, recorded, graphic material of any kind, photo static copies, microfilms, microfiche, e-mail, tape or disc recordings, computer printouts and any other data electronically or otherwise stored from which information can be obtained, either directly, indirectly or by translation, through devices or readers, whether prepared by you or any other person, that is in your possession, custody or control. Any such document is to be produced in a reasonably usable form.

2. The terms "document" or "documents" include the original document (or copy thereof if the original is not in your possession, custody or control) and all copies that differ in any respect from the original or that bear any notation, marking or information not on the original.

## B. DOCUMENTS REQUIRED:

Any and all documents pertaining to any and all Navy Federal Credit Union accounts, to include account number: **7007752731**, held solely or jointly by Natasha C. Beyer, Social Security number: XXX-XX-6069, an active duty member of the United States Air Force, who is suspected of violating one or more punitive Articles of the Uniform Code of Military Justice, for the period January 1, 2016 through July 31, 2017. Documents include, but are not limited to:

1. Monthly statements sent to the account holder;
2. Correspondence with the account holder;
3. Deposit records;
4. Withdrawal records;
5. Wire transfer records;
6. Records of Automatic Teller Machine transactions;
7. Records of debit and credit card transactions;
8. Copies of checks written on the named account and/or deposited into the named account; and,
9. Records reflecting account ownership in effect during the identified period.

UNIQUE IDENTIFICATION NUMBER: 2018699-18360

# STATEMENT OF CUSTOMER RIGHTS UNDER THE
# FINANCIAL PRIVACY ACT OF 1978

Federal law protects the privacy of your financial records. Before banks, savings and loan associations, credit unions, credit card issuers, or other financial institutions may give financial information about you to a federal agency, certain procedures must be followed.

CONSENT TO FINANCIAL RECORDS: You may be asked to consent to the financial institution making your financial records available to the Government. You may withhold your consent, and your consent is not required as a condition of doing business with any financial institution. If you give your consent, it can be revoked in writing at any time before your records are disclosed. Furthermore, any consent you give is effective for only three months, and your financial institution must keep a record of the instances in which it discloses your financial information.

WITHOUT YOUR CONSENT: Without your consent, a federal agency that wants to see your financial records may do so ordinarily only by means of a lawful subpoena, summons, formal written request, or search warrant for that purpose. Generally, the federal agency must give you advance notice of its request for your records explaining why the information is being sought and telling you how to object in court. The federal agency must also send you copies of court documents to be prepared by you with instructions for filling them out. While these procedures will be kept as simple as possible, you may want to consult an attorney before making a challenge to a federal agency's request.

EXCEPTIONS: In some circumstances, a federal agency may obtain financial information about you without advance notice or your consent. In most of these cases, the federal agency will be required to go to court for permission to obtain your records without giving you advance notice. In these instances, the court will make the Government show that its investigation and request for your records are proper. When the reason for the delay of notice no longer exists, you will usually be notified that your records were obtained.

TRANSFER OF INFORMATION: Generally, a federal agency that obtains your financial records is prohibited from transferring them to another federal agency unless it certifies that the transfer is proper and sends a notice to you that your records have been sent to another agency.

PENALTIES: If the federal agency or financial institution violates the Right to Financial Privacy Act, you may sue for damages or seek compliance with the law. If you win, you may be repaid your attorney's fee and other costs.

ADDITIONAL INFORMATION: If you have any questions about your rights under this law, or about how to consent to release your financial records, please call the official whose name and telephone number appear below:

FLORES RENDON.ROBERTO.ANTONIO.1296801859
Digitally signed by FLORES RENDON.ROBERTO.ANTONIO.1296801859
Date: 2018.08.13 12:20:09 -10'00'

Special Agent Roberto Floes-Rendon
Air Force Office of Special Investigations
AFOSI Detachment 601
655 Vickers Avenue, Building 1105
Joint Base Pearl Harbor-Hickam, HI 96853
Phone Number: (808) 449-0116
Email Address: roberto.flores_rendon.1@us.af.mil

## INSTRUCTIONS FOR COMPLETING AND FILING
## THE ATTACHED MOTION AND SWORN STATEMENT

1. Except where signatures are required, the indicated information should be either typed or printed legibly in ink in the spaces provided on the attachment motion and sworn statement forms. The information required for each space is described in parentheses under each space to be completed.

2. The most important part of your motion is the space on the "sworn statement" form where you must state your reasons for believing that the financial records sought are not relevant to the legitimate law enforcement inquiry stated in the attached notice. You may also challenge the government's access to the financial records if there has not been substantial compliance with the Right to Privacy Act or for any other reasons allowed under the law. You should state the facts that are the basis for your challenge as specifically as you can.

3. To file your motion with the court, either mail or deliver the original and the proper number of copies, as well as, any required filing fee, to the Clerk of the Court. The filing fee can be paid with cash, certified check, or money order. You are required to check with the Clerk of the Court for the district in which you intend to file to ascertain the correct filing fee and correct number of copies required for filing, as well as to ascertain any other local rules of court that may exist.

4. One copy of your challenge papers (motion and sworn statement) and Certificate of Service must be delivered or mailed (by registered or certified mail) to the government official whose name appears in item 3 of the customer notification letter.

5. If you have further questions, contact the government official whose name and telephone appear on the Customer Notice.

# CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____
    (Name of District)             (State In Which Court Is Located)

| | |
|---|---|
| _____ ) | Miscellaneous No. |
| (Your Name) ) | (Will be filled in by |
| ) | Court Clerk) |
| ) | |
| Movant ) | |
| ) | MOTION FOR ORDER PURSUANT |
| V. ) | TO CUSTOMER CHALLENGE |
| ) | PROVISIONS OF THE RIGHT TO |
| Department of Defense ) | FINANCIAL PRIVACY ACT |
| ) | OF 1978. |
| Respondent ) | |

_____ hereby move this Court pursuant to
    (Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking, access is the Department of Defense.

My financial records are held by _____.
    (Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,


_____
(Your Signature)


_____
(Your Address)


_____
(Your Telephone Number)




Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

## CUSTOMER'S SWORN STATEMENT FOR FILING A CHALLENGE IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____
      (Name of District)       (State In Which Court Is Located)

_____ )  Miscellaneous No. _____
(Customer's Name)                  )  (Will be filled in by Court Clerk)
                                               )
             Movant               )
                                          )  <u>SWORN STATEMENT OF MOVANT</u>
              V.                  )
                                          )
Department of Defense         )  FINANCIAL PRIVACY ACT OF 1978
                                          )
           Respondent      )

I, _____, (am presently/was previously) a customer of
    (Customer's Name)         (Show One)

_____, and I am the customer whose records are
    (Name of Financial Institution)

being requested by the Government.

The financial records sought by the Department of Defense are not relevant to the legitimate law

enforcement inquiry stated in the Customer Notice that was sent to me because _____

_____, or should not be disclosed because

there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that _____

_____

or should not be disclosed on the following other legal basis: _____

_____

_____


       I declare under penalty of perjury that the foregoing is true and correct.

_____, _____               _____
(Month)   (Day)  (Year)                               (Customer's Signature)


Right to Financial Privacy Act, Title 12 United States Code, Section 3410

## CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to

_____ on _____,
_____.
(name of the office listed in item 2 of customer notice)     (month, day)     (year)


                                                            _____
                                                                    (your signature)




Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410